UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA de JESUS BALTIERRA, *et al.*, )
)
Plaintiffs, )
)
v. )        Civil Action No.   12 2019
)
CHILD PROTECTIVE SERVICES, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiffs' application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint.

It appears that Maria de Jesus Baltierra challenges the rulings of California courts pertaining to the custody and care of her minor granddaughter. This Court has no such jurisdiction. "The Supreme Court has made clear that lower federal courts do not possess jurisdiction over civil actions seeking review of state court judgments." *Araya v. Bayly*, __ F. Supp. 2d __, __, 2012 WL 2834211, at *2 (D.D.C. July 11, 2012) (citing *Rooker v. Fidelity Trust Co.*, 263 U.S. 413(1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983)). Insofar as plaintiffs effectively seek review of a state court order, the complaint must be dismissed for lack of subject matter jurisdiction. An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: 12/7/12